784-15

# ELECTRONIC RECORD

COA # 06-14-00074-CR        OFFENSE: 2

STYLE: Tyrone Denard Anderson v. The State of Texas        COUNTY: Hunt

COA DISPOSITION: Modified as Modified Affirmed        TRIAL COURT: 354th District Court

DATE: 5/28/15        Publish: No   TC CASE #: 29512

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Tyrone Denard Anderson v. The State of Texas        CCA #: 784-15

_____PRO SE_____ Petition        CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:        DATE: _____

_____REFUSED_____        JUDGE: _____

DATE: 11/04/2015        SIGNED: _____        PC: _____

JUDGE: Per Curiam        PUBLISH: _____        DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD